The Hon. Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALVIN D. WYANT, | ) |
| Plaintiff, | ) No. C04-1775RSM |
| v. | ) ORDER DISMISSING |
| | ) PLAINTIFF'S CLAIMS FOR |
| TARR ACQUISITIONS LLC, | ) FAILURE TO COOPERATE |
| | ) WITH DISCOVERY |
| Defendant. | ) |

THIS MATTER came before the Court upon Defendant Tarr Acquisitions LLC Motion for Dismissal for Failure to Cooperate with Discovery, and having reviewed this Motion, the Declaration of Jennifer Schubert and attachments thereto, the Plaintiff's Response to the Motion, and the Defendant's Reply, the Court FINDS that Plaintiff:

- Failed to communicate with Defendant's counsel;
- Failed to timely file his Complaint;
- Failed to timely amend his Complaint to name the proper Defendant;
- Repeatedly failed to meet Court deadlines;
- Ignored the Court's warning;
- Failed to produce discovery; and
- Failed to attend the duly noted Plaintiff's deposition,

and therefore the Court hereby GRANTS Defendant's Motion for Dismissal.

ORDER- 1
SEA 1639364v1 59804-3
Seattle

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

1
2  IT IS HEREBY ORDERED that all claims by Plaintiff Calvin Wyant be DISMISSED
3 with prejudice.
4  DATED this 20th day of May, 2005.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

_____

Presented by:

Davis Wright Tremaine LLP
Attorneys for Defendant Tarr Acquisition, LLC


By _____
    Jennifer K. Schubert
    WSBA No. 30971

ORDER- 2
SEA 1639364v1 59804-3
Seattle

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington  98101-1688
(206) 622-3150 · Fax: (206) 628-7699